UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LADARRIUS JOHNSON     PLAINTIFF

VS.     CIVIL ACTION NO. 3:21-cv-567-KHJ-MTP

MOBILE MEDIC AMBULANCE SERVICE,
INC. D/B/A AMR; AND JOHN DOES 1-3     DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on to be heard on the motion of the parties to dismiss this action with prejudice because it has been fully compromised and settled, and the Court, having considered the same, noting the agreement of the parties, and being otherwise fully advised in the premises, finds that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 5th day of April, 2022.

                                         _/s/ Kristi H. Johnson_
                                         U.S. DISTRICT COURT JUDGE

Approved and Agreed to:

_/s/ Don H. Evans_
ATTORNEY FOR PLAINTIFF


_/s/ Tom Julian_
ATTORNEY FOR DEFENDANTS

{D1897876.1}